UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

SOPHIE NETTESHEIM,

                    Plaintiff,

  -against-

UNITED STATES DEPARTMENT OF JUSTICE, including its Component the National Motor Vehicle Title Information System,

                  Defendant.

-------------------------------------------------------------X

**No. 22-cv-1186**

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

      Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff and their counsel hereby give notice that this action is voluntarily dismissed, without prejudice, against the Defendant, the United States Department of Justice.

Dated: March 28, 2022
       New York New York

                                          BELDOCK, LEVINE & HOFFMAN LLP

                                          /s/
                            By: _____
                                David B. Rankin, Esq.
                                99 Park Avenue, Penthouse Suite
                                New York, NY 10016
                                Telephone: (212) 490-0400
                                *Attorneys for Plaintiffs*